[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 99.]

THE STATE EX REL. LANTZ, APPELLANT AND CROSS-APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES AND CROSS-APPELLEES; E.G. SMITH CONSTRUCTION PRODUCTS, INC., APPELLEE AND CROSS-APPELLANT.

[Cite as *State ex rel. Lantz v. Indus. Comm.*, 1998-Ohio-426.]

*Workers' compensation—Court of appeals' judgment affirmed on appeal and cross-appeal.*

(No. 96-1951—Submitted July 8, 1998—Decided September 9, 1998.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Franklin County, No. 95APD07-840.

———————————

*R.E. Goforth Co., L.P.A.*, and *Steven G. Thomakos*, for appellant and cross-appellee.

*Betty D. Montgomery*, Attorney General, and *Lisa A. Sotos*, Assistant Attorney General, for appellees and cross-appellees.

*Willacy, LoPresti & Marcovy, Salvatore J. LoPresti, Keith A. Ganther* and *Michael B. Fesler*, for appellee and cross-appellant.

———————————

{¶ 1} The judgment of the court of appeals is affirmed on the appeal and cross-appeal consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————